# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1012

_____

United States of America

*Plaintiff - Appellee*

v.

Jesse Howard Garcia

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: March 1, 2017
Filed: April 28, 2017
[Unpublished]

_____

Before LOKEN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jesse Garcia directly appeals the district court's[1] judgment entered on a jury verdict finding him guilty of conspiring to distribute methamphetamine, and of being

---

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

a felon in possession of a firearm. On appeal, Garcia challenges the district court's jurisdiction based on his assertion that he is a "private, sovereign, flesh and blood man." The government has moved for summary disposition.

We conclude that Garcia's jurisdictional challenge lacks merit. <u>See</u> <u>United States v. Hart</u>, 701 F.2d 749, 750 (8th Cir. 1983) (per curiam) (rejecting jurisdictional challenge based on defendant's argument that he was sovereign citizen). Accordingly, we grant the government's motion, and summarily affirm the district court's judgment. <u>See</u> 8th Cir. R. 47A(a).

_____